IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02007-MSK-KLM

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
REPUBLIC AIRWAYS HOLDINGS, INC., and
FAPAINVEST, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Attorney Norman A. Quandt's Unopposed Motion to Withdraw as Co-Counsel for Frontier Airlines, Inc. and Republic Airways Holdings, Inc.** [Docket No. 27; Filed November 15, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Attorney Quandt is relieved of any further representation of Defendants Frontier Airlines, Inc. and Republic Airways Holdings, Inc. in this case.  The Clerk of the Court is instructed to terminate Attorney Quandt as counsel of record, and to remove his name from the electronic certificate of mailing.

    The Court notes that Attorneys Rita and Hall remain as counsel of record for Defendants Frontier Airlines, Inc. and Republic Airways Holdings, Inc.

    Dated:  November 17, 2011