IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02007-MSK-KLM

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION,

　　　Plaintiff,

v.

FRONTIER AIRLINES, INC.,
REPUBLIC AIRWAYS HOLDINGS, INC., and
FAPAINVEST, LLC,

　　　Defendants.
_____

# MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

　　　This matter is before the Court on the **Motion of Frontier Airline Pilots Association to Modify or Quash Subpoena** [Docket No. 33; Field January 23, 2012] (the "Motion").  As an initial matter, the parties did not comply with the Court's discovery dispute procedure as prescribed by the Scheduling Order.  *See* [#25] at 6, § 8(d).  The Court recognizes that Frontier Airline Pilots Association ("FAPA") is not a party to this proceeding; however, as certified in the Motion, FAPA conferred with counsel of record, who should have alerted FAPA to the requisite procedure.  Nonetheless, in the interest of judicial efficiency, the Court will rule on the Motion as follows.

　　　The Court finds it extraordinary that Plaintiff and FAPA could not agree on a ten-day extension of time to facilitate FAPA's response to the subpoena, considering the scope of the subpoena and the fact that discovery does not close until May 14, 2012.  Although the request is opposed, the Court concludes that a ten-day extension of time for FAPA to respond to the subpoena is reasonable under the circumstances.  Accordingly,

　　　IT IS HEREBY **ORDERED** that the Motion is **GRANTED** to the extent that FAPA shall produce documents in response to the subpoena at issue on or before **February 10, 2012**.

　　　Dated:  January 27, 2012