IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02007-MSK-KLM

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
REPUBLIC AIRWAYS HOLDINGS, INC., and
FAPAINVEST, LLC,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants Frontier Airlines, Inc. and Republic Airways Holdings, Inc.'s Unopposed Motion for Entry of a Protective Order** [Filed February 13, 2012; Docket No. 38] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Stipulation and Protective Order is accepted with interlineations and entered contemporaneously with this Minute Order.

    Dated: February 13, 2012