IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02007-MSK-KLM

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
REPUBLIC AIRWAYS HOLDINGS, INC., and
FAPAINVEST, LLC,

    Defendants.

FRONTIER AIRLINES PILOTS ASSOCIATION,

    Interested Party.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Agreed Joint Motion to Amend Protective Order** [Docket No. 42; Filed March 6, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Protective Order entered February 13, 2012 [#41] is amended to include Interested Party Frontier Airlines Pilots Association as a party to the Protective Order, effective by entry of this Minute Order.

    Dated:  March 7, 2012