IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02007-MSK-KLM

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
REPUBLIC AIRWAYS HOLDINGS, INC., and
FAPAINVEST, LLC,

    Defendants.

FRONTIER AIRLINES PILOTS ASSOCIATION,

    Interested Party.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Agreed Joint Motion to Amend Scheduling Order** [Docket No. 82; Filed June 4, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The discovery cut-off is extended up to and including **July 31, 2012**, for the sole purpose of conducting the three depositions identified in the Motion.  The dispositive motion deadline is extended up to and including **August 31, 2012**.

    Dated:  June 6, 2012