**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-02007-RM-KLM

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
REPUBLIC AIRWAYS HOLDINGS, INC., and
FAPAINVEST, LLC,

    Defendants.

___

**ORDER**
___

THIS MATTER is before the Court on Defendants' Updated Status Report (ECF No. 154) which advised that an issue is raised as to whether Plaintiff International Brotherhood of Teamsters, Airline Division, lacks standing in light of the recent election. Upon consideration of the Report, and being otherwise fully advised, is it ORDERED

1. That Defendants shall submit a brief addressing the issue of standing within 20 days of the date of this Order. Defendants' brief is limited to six (6) pages, excluding the certificate of service; and

2. That Plaintiff may file any response brief within 14 days of the service of Defendant's brief, also limited to six (6) pages, excluding the certificate of service.

DATED this 17th day of June, 2014.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge